E-FILED
Monday, 27 September, 2004  04:25:29 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **KAAN, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 03-CV-3197 |
| | ) | |
| **INDIANA INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES

*NOW COMES* the Plaintiff, KAAN, INC., by and through its attorneys, GATES, WISE & SCHLOSSER, P.C., and for its Motion To Extend Discovery Deadlines, states as follows:

1. On October 1, 2003, this matter was removed from state court to this court on the motion of the Defendant.

2. On November 13, 2003, the court entered a scheduling order. Said order set August 31, 2004, as a discovery cut-off.

3. Since November 13, 2004, the parties have diligently pursued discovery in this cause. Plaintiff's Interrogatories and Request To Produce were served four (4) days later on November 17, 2003.

4. Plaintiff, KAAN, INC., is currently under the protection of the bankruptcy court for the Central District of Illinois.

5. The subject matter of this suit is certain insurance proceeds arising from the destruction by fire of KAAN, INC.'s business assets. Other persons and entities have made competing claims to those proceeds. The City of Gillespie claimed that it is a creditor secured by the destroyed assets. Cloverleaf Bank also claimed to have a debt secured by the destroyed assets. The claims of those entities is being litigated in the Third Judicial Circuit Court of Madison County, Case No. 03-MR-403.

6. The outcome of the above claims materially affect the instant case. The insurance proceeds are a finite amount. All funds paid to the other claimant reduces the amount available for Plaintiff.

7. The claim made in the bankruptcy proceeding by other unsecured creditors of Plaintiff also affects the instant suit by further reducing the net proceeds available to Plaintiff in the event Plaintiff prevails.

8. Plaintiff is not privy to the negotiations and agreements between Cloverleaf Bank, the City of Gillespie and Indiana Insurance. Pursuant to correspondence from Defendant's counsel dated April 7, 2004, the claim had not been fully resolved as of that date. On information and belief, those claims have still not been resolved.

9. Defendant's counsel has asserted as recently as April 7, 2004, that all available insurance proceeds have been, or will be, paid out to these third-party claimants.

10. Plaintiff has fully responded to all discovery requests. Plaintiff's principle, Kent Hites, has submitted to a sworn examination which lasted several days. Defendant has failed to respond to Plaintiff's discovery requests. Defendant's counsel has failed to respond to inquiries and correspondence from Plaintiff's counsel regarding both the discovery issue and

the issue regarding third-party claims.

11. It would be inefficient and a waste of judicial and legal resources for Plaintiff to press this matter to trial until it becomes clear whether insurance proceeds exist after payment of the claim against those proceeds.

12. Defendant will not be prejudiced by a short extension of the discovery deadlines in this matter.

**WHEREFORE**, Plaintiff prays the court extend the discovery deadlines for ninety (90) days and reschedule the pre-trial and trial of this cause for a similar period.

Respectfully submitted,

KAAN, INC., Plaintiff

By: /s/ Gordon W. Gates
One of Its Attorneys

Gordon W. Gates (#6192861)
***GATES, WISE & SCHLOSSER, P.C.***
Attorneys at Law
1231 South Eighth Street
Springfield, IL 62703
***Telephone: (217) 522.9010***
***Facsimile: (217) 522.9020***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was field on line with the Central District Court and was served on each of the addresses hereinafter set forth by placing same in a sealed envelope and by ***"depositing same in the U.S. Mail"***, postage fully prepaid, at Springfield, Illinois to the following this ***27th day of September, 2004***:

**Mr. John Cunningham**
**Brown & James Law Firm**
**Lechien Building**
**120 West Main Street, 2nd Floor**
**Belleville, IL 62220**

and the original filed with the Clerk of Court in which this cause is pending.

      /s/   Theresa A. Clancy
Legal Secretary to Gordon W. Gates


Gordon W. Gates (#6192861)
***GATES, WISE & SCHLOSSER, P.C.***
Attorneys at Law
1231 South Eighth Street
Springfield, IL 62703
***Telephone: (217) 522.9010***
***Facsimile: (217) 522.9020***