# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KAAN, INC., | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:03-CV-03197 |
| INDIANA INSURANCE COMPANY, | ) |
| Defendants. | ) |

**PROOF OF SERVICE**
**PLAINTIFF'S SECOND REQUEST TO PRODUCE AND**
**SECOND SET OF INTERROGATORIES DIRECTED TO DEFENDANT**

The undersigned hereby certifies that copies of the *Plaintiff's Second Request To Produce and Second Set of Interrogatories Directed To Defendant* were served on each of the addresses hereinafter set forth by placing same in a sealed envelope and by *"depositing same in the U.S. Mail"*, postage fully prepaid, at Springfield, Illinois to the following this *7th day of October*:

**Mr. John Cunningham**
**Brown & James Law Firm**
**Lechien Building**
**120 West Main Street, 2nd Floor**
**Belleville, IL 62220**

and the original filed with the Clerk of Court in which this cause is pending.

/s/  Gordon W. Gates
Attorney For Plaintiff


Gordon W. Gates (#6192861)
***GATES, WISE & SCHLOSSER, P.C.***
Attorneys at Law
1231 South Eighth Street
Springfield, IL 62703
***Telephone: (217) 522.9010***
***Facsimile: (217) 522.9020***