**E-FILED**
Wednesday, 17 November, 2004  03:49:57 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **KAAN, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No.  03-CV-3197** |
| | ) | |
| **INDIANA INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO RESPOND TO DISCOVERY

*NOW COMES* the Plaintiff, KAAN, INC., by and through its attorneys, GATES, WISE & SCHLOSSER, P.C., and for its Motion Compel Defendant, INDIANA INSURANCE COMPANY, to respond to discovery requests, states as follows:

1.     On October 7, 2004, Plaintiff served Defendant with a Request to Produce and with Interrogatories.

2.     Responses to the Request to Produce were due on November 8, 2004.

3.     Answers to Interrogatories were due on November 10, 2004.

4.     The undersigned movant certifies that he has in good faith conferred or attempted to confer with the Defendant in an effort to secure the information and material without court action.

*WHEREFORE*, Plaintiff prays the court enter an Order compelling the Defendant to promptly and fully respond to Plaintiffs' discovery requests.

Respectfully submitted,

**KAAN, INC., Plaintiff**

By:     /s/     Gordon W. Gates
One of Its Attorneys

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing instrument was filed on line with the Central District Court and was served on each of the addresses hereinafter set forth by placing same in a sealed envelope and by ***"depositing same in the U.S. Mail"***, postage fully prepaid, at Springfield, Illinois to the following this ***17th day of November, 2004***:

**Mr. John Cunningham**
**Brown & James Law Firm**
**Lechien Building**
**120 West Main Street, 2ⁿᵈ Floor**
**Belleville, IL 62220**

and the original filed with the Clerk of Court in which this cause is pending.

/s/   Theresa A. Clancy
Legal Secretary to Gordon W. Gates

Gordon W. Gates (#6192861)
***GATES, WISE & SCHLOSSER, P.C.***
Attorneys at Law
1231 South Eighth Street
Springfield, IL 62703
***Telephone: (217) 522.9010***
***Facsimile: (217) 522.9020***