## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KAAN, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No.: 3:03-CV-03197 |
| INDIANA INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

### DEFENDANT INDIANA INSURANCE COMPANY'S
### RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

Comes now defendant Indiana Insurance Company, by and through its undersigned attorneys, and for its Response to Plaintiff's Motion to Compel, states as follows. Defendant informs the Court that on December 2, 2004, it served (via United Parcel Service) Defendant's Answers to the Plaintiff's Interrogatories; Defendant's Responses to the Plaintiff's Request for Production of Documents (including the production of voluminous documents); and a Privilege Log.

/s/ John P. Cunningham
John P. Cunningham, # 6193598
Brown & James, P.C.
Attorney for Defendant
Richland Plaza 1
525 West Main Street, Suite 200
Belleville, Illinois 62220-1547
618-235-5590; 618-235-5591 (Fax)

### AFFIDAVIT OF SERVICE

I, the undersigned, on the 3rd day of December, 2004, electronically filed this document with the United States District Court, Central District of Illinois which will send electronic notification to each of the following:

Gordon Gates
Attorney at Law
1231 South Eight Street
Springfield, Illinois 62703

A copy of this document is available for viewing and downloading from the ECF system.

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

/s/ John P. Cunningham

7703342