**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| **KAAN, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.: 3:03-CV-03197 |
| ) | |
| **INDIANA INSURANCE COMPANY,** ) | |
| ) | |
| **Defendants.** ) | |

## ENTRY OF APPEARANCE

To undersigned appears as counsel for the KAAN

[illegible distorted text]

cause of action be forwarded

Respectfully submitted,
KAAN, INC., Plaintiff,

**s/Todd M. Goebel**
Todd M. Goebel, Bar Number: 6275004
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL. 62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  Goebel@gwspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2004, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

John P. Cunningham, (#2912)
Brown & James, P.C.
Attorney for Defendant
120 W. Main Street, 2nd Floor
Belleville, IL 62220
*Telephone: (618) 235.5590*
*Facsimile: (618) 235.5591*
E-mail:  jcunningham@bjpc.com


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:



**s/Todd M. Goebel**
Todd M. Goebel, Bar Number: 6275004
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL. 62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  Goebel@gwspc.com