E-FILED
Tuesday, 07 December, 2004  02:36:01 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **KAAN, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No.: 3:03-CV-03197 |
| | ) |
| **INDIANA INSURANCE COMPANY,** | ) |
| | ) |
| **Defendants.** | ) |

## ENTRY OF APPEARANCE

The undersigned enters his appearance as co-counsel of record for the Plaintiff, KAAN, Inc., in the above cause and requests that copies of all notices and pleadings relative to the above cause of action be forwarded to the undersigned.

Respectfully submitted,
KAAN, INC., Plaintiff,

**s/Todd M. Goebel**
Todd M. Goebel, Bar Number: 6275004
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL. 62703
Telephone: 217/522-9010
Fax: 217/522-9020
E-Mail: Goebel@gwspc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2004, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

John P. Cunningham, (#2912)
Brown & James, P.C.
Attorney for Defendant
120 W. Main Street, 2nd Floor
Belleville, IL 62220
*Telephone: (618) 235.5590*
*Facsimile: (618) 235.5591*
E-mail:  jcunningham@bjpc.com

Gordon W. Gates (#6192861)
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, Illinois 62703
*Telephone:*  217/522-9010
E-mail: gordon@gwspc.com; theresa@gwspc.com


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:



**s/Todd M. Goebel**
Todd M. Goebel, Bar Number: 6275004
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL. 62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  Goebel@gwspc.com