# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KAAN, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  No.: 3:03-CV-03197 |
| | ) |
| INDIANA INSURANCE COMPANY, | ) |
| | ) |
|     Defendants. | ) |

## MOTION TO CONTINUE DISCOVERY DEADLINES

NOW COMES the Plaintiff, KAAN, INC., by its attorney's, GORDON W. GATES and TODD M. GOEBEL of GATES, WISE & SCHLOSSER, P.C., and hereby requests this Honorable Court to continue the discovery deadlines scheduled in the above matter and as grounds for said Motion states as follows:

1.  On September 28, 2004, the court entered a scheduling order. Said order set December 15, 2004, as a fact discovery cut-off.

2.  Plaintiff's Second Set of Interrogatories and Second Request To Produce were served on October 7, 2004.

3.  Plaintiff, KAAN, INC., filed a Motion To Compel Defendant to Respond to Discovery on November 17, 2004.

4.  Defendant's counsel failed to respond to inquiries and correspondence from Plaintiff's counsel regarding both the discovery issue and the issue regarding third-party claims in a timely manner.

5.  On December 3, 2004, Plaintiff received ten thousand, one hundred thirty-three (10,133) pages of documents in response to Plaintiff's request to produce.

6. Defendant's responses to requests to produce and Defendant's answers to interrogatories contained numerous objections and claims of privilege, making it impossible for Plaintiff to determine if Plaintiff has received all that Plaintiff is entitled to receive.

7. Defendant's answers to interrogatories have revealed that a significant dispute exists between the parties regarding the amount of available remaining coverage under the policy of insurance.

8. In light of the voluminous discovery and the new issues raised by the Defendant, the current scheduling order is unrealistic.

9. Defendant will not be prejudiced by an extension of the discovery deadlines in this matter.

**WHEREFORE**, Plaintiff prays the court extend the discovery deadlines for one hundred twenty (120) days and reschedule the pre-trial and trial of this cause for a similar period.

> Respectfully submitted,
> KAAN, INC., Plaintiff,

**s/Todd M. Goebel**
Todd M. Goebel, Bar Number: 6275004
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL. 62703
Telephone: 217/522-9010
Fax: 217/522-9020
E-Mail: Goebel@gwspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2004, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

John P. Cunningham, (#2912)
Brown & James, P.C.
Attorney for Defendant
120 W. Main Street, 2nd Floor
Belleville, IL 62220
*Telephone: (618) 235.5590*
*Facsimile: (618) 235.5591*
E-mail:  jcunningham@bjpc.com

Gordon W. Gates (#6192861)
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, Illinois 62703
*Telephone:*  217/522-9010
E-mail: gordon@gwspc.com, theresa@gwspc.com


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:



**s/Todd M. Goebel**
Todd M. Goebel, Bar Number: 6275004
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL. 62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  Goebel@gwspc.com