## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **KAAN, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **No.: 3:03-CV-03197** |
| ) | |
| **INDIANA INSURANCE COMPANY,** ) | |
| ) | |
| **Defendants.** ) | |

### PROOF OF SERVICE
### PLAINTIFF'S THIRD SET OF INTERROGATORIES
### DIRECTED TO DEFENDANT

The undersigned hereby certifies that copies of the ***Plaintiff's Third Set of Interrogatories Directed To Defendant*** were served on each of the addresses hereinafter set forth by placing same in a sealed envelope and by ***"depositing same in the U.S. Mail"***, postage fully prepaid, at Springfield, Illinois to the following this ***19th day of January 2005:***

**Mr. John Cunningham**
**Brown & James Law Firm**
**Lechien Building**
**120 West Main Street, 2nd Floor**
**Belleville, IL 62220**

and the original filed with the Clerk of Court in which this cause is pending.

/s/   Gordon W. Gates
Attorney For Plaintiff

Gordon W. Gates (#6192861)
***GATES, WISE & SCHLOSSER, P.C.***
Attorneys at Law
1231 South Eighth Street
Springfield, IL 62703
***Telephone: (217) 522.9010***
***Facsimile: (217) 522.9020***