**E-FILED**
Friday, 01 April, 2005  04:13:15 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

KAAN, INC.,                                  )
                                             )
        Plaintiff,                     )
                                             )
v.                                           )          Cause No.:  3:03-CV-03197
                                             )
INDIANA INSURANCE COMPANY,                   )
                                             )
        Defendant.                     )

### DEFENDANT INDIANA INSURANCE COMPANY'S
### RULE 26(a)(3) PRETRIAL DISCLOSURES

Comes now defendant Indiana Insurance Company, by and through its undersigned attorneys, and for its Rule 26(a)(3) Pretrial Disclosures, states as follows:

A.     Defendant expects to present the following witnesses:

Allen Kent Hites
Kaan, Inc.
928 South Main Street
Hillsboro, IL

Nancy Hites
Kaan, Inc.
928 South Main Street
Hillsboro, IL

Kevin Smith
Illinois Office of the State Fire Marshal
P.O. Box 1097
Frankfort, IL 60423
708-921-6191

Agent Kevin Rollins
United States Bureau of Alcohol, Tobacco & Firearms
400 West Monroe, Suite 306
Springfield, IL 62704
217-492-4273

Chief Larry Norville
Fire Department
City of Gillespie, Illinois
1002 Clinton Street
Gillespie, IL 62033

Lisa Fowler
Senior Vice President
CloverLeaf Bank
200 East Park Street
Edwardsville, IL 62025
618-692-9900

Steve Rawlings
Masters Touch
R.R. 2
Standard City, IL
217-854-8416

Richard Roth
Duracraft
508 South Plum
Gillespie, IL
217-839-2307

Robert Hinton
Indiana Insurance
350 East 96th Street
Indianapolis, IN 46240
317-581-6400

Gary Knight
The Ross Agency, Inc.
2121 W. White Oaks Dr.
Springfield, IL 62704
217-546-4100

Cory W. Reeves, C.F.I.
SEMKE Consulting, Inc.
154 Hughes Lane
St. Charles, MO 63301
636-896-9995

David A. de Vries
2715 Harrison Street
Evanston, IL  60201

847-733-0944

Michael T. Lewis, CFA
Rubin, Brown, Gornstein & Co., LLP
One North Brentwood
St. Louis, MO  63105
314-290-3300

Mark Martin
656 Anna Street
Hillsboro, IL

Joann Kahl
Kaan, Inc./Duracraft
13751 Holliday Road
Plainview, IL
618-836-7735

Dan Fischer
Honorable Mayor of Gillespie
115 North Macoupin St.
Gillespie, IL

Wilma Melchert
Treasurer of Gillespie
115 North Macoupin St.
Gillespie, IL

Defendant may call the following witnesses if the need arises:

Michael Matthis
Former Mayor of City of Gillespie
Macoupin County Circuit Clerk
201 East Main Street
Carlinville, IL 62626
217-854-3211

John Madden
P.O. Box 238
Gillespie, IL  62033
217-839-2148

Sergeant Brah
Macoupin County Sheriff's Department
P.O. Box 557
Carlinville, IL 62626

217-854-3135

David Bandera
Illinois Office of the State Fire Marshal
1035 Stevenson Drive
Springfield, IL 62703
217-785-1163

Jody Siar
Benld Volunteer Fire Department
102 Oak Street
Benld, IL 62009

Officer Kevin Raymer
Police Department
City of Gillespie
107 E. Walnut St.
Gillespie, IL
217-839-2922

Cliff Boyd
Address unknown

Lyle Dale Cole
68 Long Ave.
Hillsboro, IL 62049
217-532-6029

Jim Feeley
Gillespie Volunteer Fire Department
2160 Macoupin St.
Gillespie, IL 62033
217-839-2160

John VanDoren
Gillespie Volunteer Fire Department
807 Macoupin St.
Gillespie, IL 62033
217-839-4297

Joseph Chiarodo
Benld Volunteer Fire Department
206 Kentucky St.
Benld, IL 62009
217-835-2076

Bruce Stregel
Address unknown

Bud Hearn
105 Berry St.
Gillespie, IL
217-839-2712

Gregory Blevins
805 1st St.
Gillespie, IL 62033
217-839-3914

Ted Caldwell
602 Frey St.
Gillespie, IL 62033
217-839-3604

Don Watkins
409 East Maple St.
Gillespie, IL 62033
217-839-2855

Jerry Dolliger
304 Henry St.
Gillespie, IL 62033
217-839-2715

John Hicks
710 Cottage St.
Gillespie, IL 62033
217-839-3182

John Norville
416 Maple St.
Gillespie, IL 62033

John Halteman
106 Maple St.
Gillespie, IL 62033
217-839-2936

Terry Whitlow
119 Oak Street
Gillespie, IL 62033

Tammy Martin
656 Anna Street
Hillsboro, IL

Patrick Porter
109 2nd South Street
Mount Olive, IL 62069
217-824-2496

Evangeline Marsee
1213 School Street
Hillsboro, IL
217-532-5905

Jeff Bailey
630 Chestnut Street
Litchfield, IL

Jeremy Schardan
P.O. Box 395
Wilsonville, IL

Eric Bolton
111 Elevator Street
Farmersville, IL 62533
217-227-4172

Gregory Roach
120 West Elm
Gillespie, IL 62033
217-839-4785

Sally Labby
800 South Madison
Gillespie, IL
217-839-3613

Tracy Kahl
108 Washington
Benld, IL
217-835-1224

Kelly Heaps
302 Wilson Avenue
Gillespie, IL
217-839-2498

Kevin Schulze
Address unknown

Josh Hancock
310 N. Welch St.
Hillsboro, IL 62049
217-532-2544

Jason Cox
Gillespie, IL
217-839-3746

David Lewey
1206 N. Walnut St.
Litchfield, IL 62056
217-324-3526

Steven Winsell
Address unknown

Gerald Grammer
420 Monroe
Litchfield, IL 62056
217-839-2979

Josh Martin
Address unknown

Steven Looper
608 South Street
Gillespie, IL

Judy Cook
303 South Hardroad Street
Benld, IL

Dwaine White
Address unknown

Pamela Bennett
Address unknown

Mark Anthony Williams
106 ½ West Chestnut Street
Gillespie, IL

Randy Barnhart
106 Spruce Street
Gillespie, IL 62033
217-839-4656

Clifford Crispens
18095 Evans Road
Carlinville, IL 62626
217-854-6525

David Hayes
4 Patterson Drive
Hillsboro, IL
217-532-3804

William McCarty
2321 Spring St.
Springfield, IL

Edward Billingsley
822 E. Seward St.
Hillsboro, IL 62049
217-532-5980

Jerold Pope
315 N. Locust
Litchfield, IL

Jill Seward
Address unknown

Ryan Cole
Address unknown

Steve Jeffer
331 Kirk Terrace
Litchfield, IL

Steve Starky
Address unknown

Stacy Cocks
Address unknown

Michael Williams

Technical Restoration Services
1224A Harvesttowne Ind. Dr.
St. Charles, MO 63304
636-477-9279

Steven S. Plant
Monarch Restoration and Construction
2437 Lemp Avenue
St. Louis, MO 63104
314-664-8844

Gary Darby
Richardson Engineering Group, Inc.
7227 Devonshire
St. Louis, MO 63119
314-644-2332

D.C. Keeler
Richardson Engineering Group, Inc.
7227 Devonshire
St. Louis, MO 63119
314-644-2332

Greg Sorensen
Nixon & Company
P.O. Box 220999
St. Louis, MO 63122
314-821-4888

Rick St. John
M.F. Bank & Company, Inc.
P.O. Box 453
Glen Carbon, IL 62034
636-343-4003

James M. Wilson
Wilson Appraisal Service
15308 Black Diamond Road
Pawnee, IL 62558
217-625-5812

David Suhrenbrock,
Pritchard Osborn, LLC,
1365 East Union Ave.
Litchfield, IL 62056

Corporate representative of Pritchard Osborn, LLC
And/or Custodian of  Records
1365 East Union Ave.
Litchfield, IL 62056

Peggy Miller
Gillespie, IL

Corporate Representative of Bank of America
And/or Custodian of  Records
P.O. Box 7900251
St. Louis, MO 63179

Corporate Representatives of Hillsboro Banking Center
And/or Custodian of Records
549 South Main Street
Hillsboro, IL 62049
217-532-6104

Corporate Representative of U.S. Bank f/k/a Firstar
And/or Custodian of  Records
US Bancorp
800 Nicollet Mall
Minneapolis, MN 55402

Corporate Representative of National Bank – Carlinville
And/or Custodian of  Records
450 West Side Square
Carlinville, IL 62626
217-854-2674

Corporate Representative of Roger Jennings, Inc.
And/or Custodian of  Records
1617 Vandalia Road
Hillsboro, IL 62049
217-532-3200

Melanie Roberts
Address unknown

Regina Hamilton
109 2nd South Street
Mount Olive, IL 62069
217-999-2929

Corporate Representatives of Taylorville Community Credit Union

And/or Custodian of Records
422 West Main
Taylorville, IL 62568
217-824-9658

B.    It is not anticipated at this time that any witness will testify via deposition. Defendant may utilize the examination under oath of Kent Hites and Steve Rawlings.

C.    Defendants' Exhibit List

Defendant expects to offer the following exhibits at trial:

1.    FTI/SEA Consulting Commercial Property Fire Analysis, Report by Cory W. Reeves (IND INS 0001 – IND);
2.    Professional Resume of Cory W. Reeves, C.F.I.;
3.    Diagrams of fire scene;
4.    Photographs taken by Cory W. Reeves (Group Exhibit) (IND INS 10326 – IND INS 10821);
5.    Sample:  Laminate from table top from fire scene;
6.    Sample:  Cardboard from fire scene;
7.    Sample:  Cloth from fire scene;
8.    FTI/SEA Consulting Laboratory Analysis Form & Receipt (IND INS 10321);
9.    Chemical Analysis Report (IND INS 0073 – IND INS 0074);
10.   Sprinkler head components;
11.   Video taken during fire;
12.   Photographs taken during fire by Peggy Miller;
13.   Report of David A. de Vries, P.E., CSP, including photographs and field notes (IND INS 0088 – IND INS 0143);
14.   Professional Resume of David A. de Vries, P.E., CSP, and List of Prior Testimony (IND INS 10822 – IND INS 10828);
15.   Report of Rubin, Brown, Gornstein & Co., LLP, including Professional Resume and Testimony List of Michael T. Lewis (IND INS 0144 – IND INS 0174);
16.   Charts and graphs of financial information (IND INS 0165 – IND INS 0174; IND INS 10829 – IND INS 10830);
17.   Kaan, Inc. Audited Financial Statement, 1998
18.   Kaan, Inc. Audited Financial Statement, 1999
19.   QuickBooks monthly financial statements of Kaan, Inc. January 1999-June 2001;
20.   QuickBooks monthly financial statements of Kaan, Inc. January 2000-June 2001;

21.    Quickbooks Accounts payable aging and unpaid bills detail reports, June 2001;

22.    Projected financial information prepared by Kaan;

23.    TKH Incorporated Reviewed Financial Statements, 2000;

24.    J&J #2 Limited Partnership Reviewed Financial Statements, 2000;

25.    J&J #2 Limited Partnership 2000 Federal Tax Returns;

26.    Kaan, Inc. Tax Return and Supporting Schedules for 2000 (IND INS 4589 – 4604);

27.    Illinois Office of the State Fire Marshal Report (IND INS 4606 – IND INS 4622);

28.    Drawings prepared by City of Gillespie Fire Chief Larry Norville, firefighters Bruce Stregel, Bud Hearn, Gregory Blevins, Ted Caldwell, Don Watkins, Jerry Dolliger, John Hicks, John Morville, Jim Feeley, John Halteman, and Terry Whitlow (IND INS 10309 - 10320);

29.    Examination under Oath of Kent Hites, taken November 12, 2002, February 6, 2003, and February 7, 2003 (IND INS 5382 – IND INS 5840);

30.    City of Gillespie Complaint vs. Kaan, Inc. et al., and Exhibits, Exhibit 1 to Examination under Oath of Kent Hites (IND INS 6336 – IND INS 6353);

31.    Clifford Crispens Complaint vs. Kaan, Inc. et al., Exhibit 2 to Examination under Oath of Kent Hites (IND INS 6354 – IND INS 6357);

32.    MacDonald & Owen Lumber Co. Complaint vs. Kaan, Inc. et al., Exhibit 3 to Examination under Oath of Kent Hites (IND INS 6358 – IND INS 6359);

33.    Kenneth E. Timpe Complaint vs. Kaan, Inc. et al., Exhibit 4 to Examination under Oath of Kent Hites (IND INS 6360 – IND INS 6361);

34.    Unpaid Bills Detail, Exhibit 5 to Examination under Oath of Kent Hites (IND INS 6362 – IND INS 6374);

35.    Kaan, Inc. Profit and Loss Statement September 30, 2000, Exhibit 6 to Examination under Oath of Kent Hites (IND INS 6375);

36.    Kaan, Inc. Profit and Loss Statements for 2000, Exhibit 7 to Examination under Oath of Kent Hites (IND INS 6376 – IND INS 6387);

37.    M.T. Custom Cabinets & Furniture Profit and Loss Statement for January through June 2001, Exhibit 8 to Examination under Oath of Kent Hites (IND INS 6388 – IND INS 6393);

38.    Kaan, Inc. Profit and Loss Statement for January through June 2001, Exhibit 9 to Examination under Oath of Kent Hites (IND INS 6394 – IND INS 6399);

39.    Handwritten Financial Summary for 2000 and 2001, Exhibit 10 to Examination under Oath of Kent Hites (IND INS 6400);

40. Kaan, Inc. General Ledger as of June 30, 2001, Exhibit 11 to Examination under Oath of Kent Hites (IND INS 6401 - IND INS 6406);

41. Kaan, Inc. General Ledger as of June 30, 2001, Exhibit 12 to Examination under Oath of Kent Hites (IND INS 6407);

42. Kaan, Inc. Checking Account Records, Exhibit 13 to Examination under Oath of Kent Hites (IND INS 6408 - IND INS 6559);

43. Kent and Nancy Hites Personal Financial Statement, Exhibit 14 to Examination under Oath of Kent Hites (IND INS 6560 - IND INS 6562);

44. Financial Records Authorization, Exhibit 15 to Examination under Oath of Kent Hites (IND INS 6563 – IND INS 6564);

45. Consumer Report for Kent Hites, Exhibit 16 to Examination under Oath of Kent Hites(IND INS 6565 – IND INS 6589);

46. Lease-Purchase Agreement between Kent Hites and The Bank & Trust Company, Exhibit 17 to Examination under Oath of Kent Hites (IND INS 6590 – IND INS 6614);

47. Fax from Hites to Edwin-Claude, Inc. dated November 9, 2001, Exhibit 18 to Examination under Oath of Kent Hites (IND INS 6615);

48. Kent and Nancy Hites 1999 U.S. Income Tax Return with Schedules, Exhibit 19 to Examination under Oath of Kent Hites (IND INS 6616 – IND INS 6634);

49. Kent and Nancy Hites 2000 U.S. Income Tax Return with Schedules, Exhibit 20 to Examination under Oath of Kent Hites (IND INS 6635 – IND INS 6650);

50. Kent and Nancy Hites 2001 U.S. Income Tax Return with Schedules, Exhibit 21 to Examination under Oath of Kent Hites, (IND INS 6651 – IND INS 6671);

51. Cloverleaf Bank $500,000 Loan Documents dated July 7, 2000, Exhibit 22 to Examination under Oath of Kent Hites (IND INS 6672 – IND INS 6684);

52. Cloverleaf Bank $450,000 Loan Documents dated July 7, 2000 , Exhibit 23 to Examination under Oath of Kent Hites (IND INS 6685 – IND INS 6699);

53. Cloverleaf Bank $192,000 Loan Documents dated November 3, 2000, Exhibit 24 to Examination under Oath of Kent Hites (IND INS 6700 – IND INS 6712);

54. Cloverleaf Bank Lien Letter dated October 10, 2001, Exhibit 25 to Examination under Oath of Kent Hites (IND INS 6713);

55. Community Development Assistance Program Loan Documents between Kaan, Inc. and City of Gillespie, Exhibit 26 to Examination under Oath of Kent Hites (IND INS 6714 – IND INS 6749);

56. City of Gillespie Mortgage, Exhibit 27 to Examination under Oath of Kent Hites (IND INS 6750 – IND INS 6781);

57. Community Development Assistance Program Loan Documents between M.T. Custom Cabinets & Furniture, LLC and City of

13

Gillespie, Exhibit 28 to Examination under Oath of Kent Hites (IND INS 6782 – IND INS 6809);

58.    Loan Payment Calculation by Nancy Kalaher, Exhibit 29 to Examination under Oath of Kent Hites (IND INS 6810 – IND INS 6813);

59.    Loan Payment Calculation by Nancy Kalaher, Exhibit 30 to Examination under Oath of Kent Hites (IND INS 6814 – IND INS 6816);

60.    Copy of check  for $25,000 from City of Gillespie to Kaan, Inc., Exhibit 31 to Examination under Oath of Kent Hites (IND INS 6817);

61.    Copy of check for $237,650 from City of Gillespie to Kaan, Inc., Exhibit 32 to Examination under Oath of Kent Hites (IND INS 6818);

62.    Copy of check for $25,000 from City of Gillespie to M.T. Custom Cabinets & Furniture, Exhibit 33 to Examination under Oath of Kent Hites (IND INS 6819);

63.    Loan Payment Calculation by Janet Bodecker, Exhibit 34 to Examination under Oath of Kent Hites (IND INS 6820 – IND INS 6823);

64.    1998 U.S. Income Tax Return and Schedules for Kaan, Inc., Exhibit 35 to Examination under Oath of Kent Hites (IND INS 6824 – IND INS 6836);

65.    1999 U.S. Income Tax Return and Schedules for Kaan, Inc., Exhibit 36 to Examination under Oath of Kent Hites (IND INS 6837 – IND INS 6852);

66.    1999 U.S. Income Tax Return and Schedules for M.T. Custom Cabinets & Furniture, Exhibit 37 to Examination under Oath of Kent Hites (IND INS 6853 – IND INS 6869);

67.    2000 U.S. Income Tax Return and Schedules for Kaan, Inc., Exhibit 38 to Examination under Oath of Kent Hites (IND INS 6870 – IND INS 6899);

68.    Unscheduled Personal Property Proof of Loss, Exhibit 40 to Examination under Oath of Kent Hites (IND INS 5841 – IND INS 6018);

69.    Personal Property Building #1 Proof of Loss, Exhibit 41 to Examination under Oath of Kent Hites (IND INS 6019 – IND INS 6044);

70.    Personal Property Building #2 Proof of Loss, Exhibit 42 to Examination under Oath of Kent Hites (IND INS 6045 – IND INS 6069);

71.    United States Bankruptcy Court Pleadings, Statement of Financial Affairs, Exhibit 43 to Examination under Oath of Kent Hites (IND INS 6070 – IND INS 6079);

72.    United States Bankruptcy Court Pleadings, Exhibit A to Voluntary Petition and Statement of Financial Affairs, Exhibit 44 to Examination under Oath of Kent Hites (IND INS 6080 – IND INS 6105);

73.    United States Bankruptcy Court Pleadings, List of Creditors, Exhibit 45 to Examination under Oath of Kent Hites (IND INS 6106 – IND INS 6108);

74.    United States Bankruptcy Court Pleadings, List of Creditors, Schedule E, Exhibit 46 to Examination under Oath of Kent Hites (IND INS 6109 – IND INS 6122);

75.    Appraisal Report by James M. Wilson, Exhibit 48 to Examination under Oath of Kent Hites (IND INS 6123 – IND INS 6164);

76.    James Machinery Co. Equipment Appraisal, Exhibit 49 to Examination under Oath of Kent Hites (IND INS 6165 – IND INS 6180);

77.    Rubin, Brown & Gornstein Document Request to Kaan, Inc. and Summary, Exhibit 50 to Examination under Oath of Kent Hites (IND INS 6181 – IND INS 6205);

78.    Building #1 Proof of Loss, Exhibit 51 to Examination under Oath of Kent Hites (IND INS 6206 – IND INS 6289);

79.    Building #2 Proof of Loss, Exhibit 52 to Examination under Oath of Kent Hites (IND INS 6290 – IND INS 6305);

80.    Building Debris Removal Building #1 & 2 Proof of Loss, Exhibit 53 to Examination under Oath of Kent Hites (IND INS 6306 – IND INS 6309);

81.    Extra Expense Proof of Loss, Exhibit 54 to Examination under Oath of Kent Hites (IND INS 6310 – IND INS 6314);

82.    Software Proof of Loss, Exhibit 55 to Examination under Oath of Kent Hites (IND INS 6315 – IND INS 6316);

83.    Uncollected Bills Proof of Loss, Exhibit 56 to Examination under Oath of Kent Hites (IND INS 6317 – IND INS 6327);

84.    Loss of Income Proof of Loss, Exhibit 57 to Examination under Oath of Kent Hites (IND INS 6328);

85.    Brown & James Document Request Letter for EUO, Exhibit 58 to Examination under Oath of Kent Hites (IND INS 6329 – IND INS 6333);

86.    Letter from Gordon Gates dated November 6, 2002, Exhibit 59 to Examination under Oath of Kent Hites (IND INS 6334 – IND INS 6335);

87.    Offense/Incident Report from Gillespie Police Department (IND INS 10322 – 10323);

88.    Deposit Slip (IND INS 10324-10325).

Defendant may offer the following exhibits at trial:

89.    List of previous expert testimony by Cory W. Reeves, C.F.I.;

90.    Compensation rate for Cory W. Reeves, C.F.I. (IND INS 0087);

91.    First Report of Robert G. Hinton, Indiana Insurance (IND INS 0176 – IND INS 0181);

92.    Attachments to First Report of Robert G. Hinton, Indiana Insurance:

1)  Large Loss Summary (IND INS 0182 – IND INS 0185);
2)  Set Up Information (IND INS 0186 – IND INS 0189);
3)  Proof of Loss Request Letter Dated July 23, 2001 (IND INS 0190 – IND INS 0193);
4)  Special Investigations Unit Summary of Interviews (IND INS 0196 – IND INS 0210);
5)  Technical Restoration Services Report of Damages to Production Equipment, Office Equipment and Computers (IND INS 0211 – IND INS 0219);
6)  Rubin, Brown & Gornstein, CPA – Document Request Correspondence and Request Letter Dated July 13, 2001 and Property Loss Notice (IND INS 0220 – IND INS 0231);
7)  Cloverleaf Bank Mortgage and Loss Payee Information (IND INS 0233 – IND INS 0247);
8)  Diagrams and notes (IND INS 0248 – IND INS 0252);
9)  David de Vries Fire Protection System Report and Certificate of Property Facultative Reinsurance (IND INS 0253 – IND INS 0263);
10) Reinsurance Information, a portion of Indiana Insurance Company's underwriting file (IND INS 3119 – IND INS 3352);
11) Property Coverage Analysis Form and Coverage Information (IND INS 0265 – IND INS 0284);
12) Monthly Reports of Value from December 31, 2000 through May 31, 2001 (IND INS 0285 – IND INS 0291);
13) Miscellaneous Agency File Information (IND INS 0292 – IND INS 0303);
14) Fax from Insured in Reference to Contract with Bristol/Clark (IND INS 0304 – IND INS 0306);
15) Reservation of Rights Letter (IND INS 0307 – IND INS 0309);
16) Coverage and Reserve Information (IND INS 0310 – IND INS 0313);
17) Property Insurance Loss Register (IND INS 0314 – IND INS 0315);
18) Non-Waiver Agreement (IND INS 0316 – IND INS 0317);
19) Attachment 19 consists of privileged material (IND INS 0318 – IND INS 0320);
20) Newspaper articles (IND INS 0321 – IND INS 0323);
21) Indiana Insurance emails, correspondence, notes and memos (IND INS 0324 – IND INS 0375);
22) Acord Form (IND INS 0376 – IND INS 0378);
23) Photographs (IND INS 3353 – IND INS 3572);
24) Photographs (IND INS 3353 – IND INS 3572);
25) Photographs (IND INS 3353 – IND INS 3572);
26) Photographs (IND INS 3353 – IND INS 3572);

27)   Certified Copy of Insurance Policy (IND INS 4472 – IND INS 4588);

28)   Underwriting File (IND INS 3119 – IND INS 3352);

29)   Agency File (IND INS 8239 – IND INS 8836);

30)   Richard Engineering Report (IND INS 0386 – IND INS 0451);

93.   Second Report of Robert G. Hinton, Indiana Insurance (IND INS 0453 – IND INS 0459);

94.   Attachments to Second Report of Robert G. Hinton, Indiana Insurance:

A)   Revised Large Loss Summary (IND INS 0460 – IND INS 0463);

B)   Claims System Information (IND INS 0464 – IND INS 0467);

C)   Email from Ned Sitler and Reserve Information (IND INS 0468 – IND INS 0470);

D)   Edwin-Claude, Inc. Letter dated September 10, 2001 (IND INS 0471 – IND INS 0472);

E)   Special Investigations Unit Summary of Interviews (IND INS 0473 – IND INS 0476);

F)   Document Request to Cloverleaf Bank dated September 14, 2001 (IND INS 0477 – IND INS 0480);

G)   Document Request to City of Gillespie, Illinois dated September 14, 2001 (IND INS 0481 – IND INS 0484);

H)   Additional Document Request by Rubin, Brown & Gornstein to Kent Hites dated September 5, 2001 and Response by Kent Hites dated September 11, 2001 (IND INS 0485 – IND INS 0490);

I)   Letter from Kaan, Inc. to Rubin, Brown & Gornstein dated September 11, 2001 (IND INS 0489 – IND INS 0492);

J)   Letter to Kaan, Inc. dated September 10, 2001 – Proof of Loss Extension (IND INS 0493 – IND INS 0496);

K)   Letter to Kaan, Inc. dated September 10, 2001 – Additional Document Request (IND INS 0497 – IND INS 0502);

L)   Letter to Kaan, Inc. dated September 10, 2001 – Response to Letter of August 27, 2001 (IND INS 0503 – IND INS 0506);

M)   Letter to Kaan, Inc. dated September 10, 2001 – List of Vendors (IND INS 0507 – IND INS 0512);

N)   Letter to Kaan, Inc. dated September 7, 2001 – Estimates and Reports (IND INS 0513 – IND INS 0517);

O)   Edwin-Claude, Inc. Fax dated September 4, 2001 (IND INS 0518 – IND INS 0519);

P)   Edwin-Claude, Inc. Letter dated August 31, 2001 (IND INS 0520 – IND INS 0528);

Q)   Letter from Kaan, Inc. dated August 27, 2001 – Debris Removal (IND INS 0529 – IND INS 0532);

R) Edwin-Claude, Inc. Letter dated August 26, 2001 (IND INS 0533 – IND INS 0535);

S) M.F. Bank & Company Report – Debris Removal (IND INS 0536 – IND INS 0538);

T) Letter to Kaan, Inc. dated August 24, 2001 (IND INS 0539 – IND INS 0542);

U) Letter from City of Gillespie Attorney John P. Madden – Debris Removal (IND INS 0544 – IND INS 0548);

V) Edwin-Claude, Inc. Engagement Letter (IND INS 0549 – IND INS 0550);

W) Letter from Kaan, Inc. dated August 10, 2001 (IND INS 0551 – IND INS 0553);

X) Authorization for Release of Information and Authorization to Release Copies of Federal Income Tax Records (IND INS 0554 – IND INS 0557);

Y) Letter to Kaan, Inc. dated August 16, 2001 (IND INS 0558 – IND INS 0560);

Z) Agent Fax dated August 16, 2001 with Statement of Values (IND INS 0561 – IND INS 0563);

2) Letter to Cloverleaf Bank dated August 13, 2001 (IND INS 0566 – IND INS 0568);

3) Letter to Masters Touch dated August 13, 2001 (IND INS 0569 – 0571);

4) Miscellaneous Indiana Insurance emails, correspondence, notes and memos (IND INS 0572 -  IND INS 0643);

5) Monarch Restoration & Construction – Building #1 Estimate (IND INS 0644 – IND INS 0729);

6) Monarch Restoration & Construction – Building #2 Estimate (IND INS 0730 -  IND INS 0746);

7) Nixon & Company – Inventory of Raw Materials, Work in Process and Finished Goods (IND INS 0747 – IND INS 0803);

8) Cloverleaf Bank Property Appraisal (IND INS 0804 – IND INS 0849);

9) Cloverleaf Bank Equipment Appraisal (IND INS 6165 – IND INS 6180);

95. Third Report of Robert G. Hinton, Indiana Insurance (IND INS 0850 – IND INS 0864);

96. Attachments to Third Report of Robert G. Hinton, Indiana Insurance:

1) Letter to Kaan, Inc. dated April 4, 2002 (IND INS 0865 – IND INS 0868);

2) Letter to Kaan, Inc. dated April 2, 2002 with Authorization Form and Building and Personal Property Coverage Form (IND INS 0869 – IND INS 0882);

3) Letter to Kasten & Gerber dated April 2, 2002 re Cloverleaf Bank (IND INS 0883 – IND INS 0886);

4) Email to Ned Sitler dated April 1, 2002 (IND INS 0887 – IND INS 0888);

5) Letter from Brown & James to Crum & Forster dated April 1, 2002 (IND INS 0889 – IND INS 0890);

6) Building #1 Actual Cash Value Worksheet (IND INS 0891 – IND INS 0893);

7) Building #2 Actual Cash Value Worksheet (IND INS 0894 – IND INS 0895);

8) Rubin, Brown & Gornstein Letter to Kaan, Inc. dated March 30, 2002 (IND INS 0896 – IND INS 0898);

9) Kaan, Inc. Letter to Rubin, Brown & Gornstein dated March 29, 2002 (IND INS 0899 – IND INS 0900);

10) Edwin-Claude, Inc. Letter dated March 27, 2002 (IND INS 0901 – IND INS 0903);

11) Letter to Kaan, Inc. dated March 20, 2002 (IND INS 0905 – IND INS 0908);

12) Letter to Cloverleaf Bank dated March 20, 2002 (IND INS 0909 – 0911);

13) Six Crum & Forster Letters Regarding C.J. Betters Corporation (IND INS 0912 – IND INS 0918);

14) Rubin, Brown & Gornstein Letter to Pritchard Osborne dated March 8, 2002 (IND INS 0919 – IND INS 0933);

15) Rubin, Brown & Gornstein Letter to Edwin-Claude, Inc. dated March 8, 2002 (IND INS 0934 – IND INS 0935);

16) Edwin-Claude, Inc. Letter to Rubin, Brown & Gornstein dated March 2, 2002 (IND INS 0936 – IND INS 0937);

17) Cloverleaf Bank Letter with Proof of Loss and Payoffs (IND INS 0939 – IND INS 0945);

18) Edwin-Claude, Inc. Letter dated March 2, 2002 (IND INS 0946 – IND INS 0948);

19) Rubin, Brown & Gornstein Letter to Kaan, Inc. dated March 8, 2002 (IND INS 0949 – IND INS 0973);

20) Rubin, Brown & Gornstein Letter to Kaan, Inc. dated March 1, 2002 (IND INS 0974 – IND INS 0975);

21) Kaan, Inc. Fax to Rubin, Brown & Gornstein dated February 27, 2002 (IND INS 0976 – IND INS 0977);

22) Letter to Kaan, Inc. dated February 26, 2002 (IND INS 0978 – IND INS 0982);

23) Bankruptcy File

24) Letter to City of Gillespie, Illinois in Reference to Request for Proof of Loss of February 26, 2002 (IND INS 0983 – IND INS 0987);

25)　City of Gillespie, Illinois Letter of February 21, 2002 with Demand for Immediate Payment (IND INS 0988 – IND INS 0990);

26)　Attachment 26 contains privileged information;

27)　Letter to Clover Leaf Bank of February 22, 2002 Requesting a Proof of Loss (IND INS 0993 – IND INS 0997);

28)　Rubin, Brown & Gomstein Letter to Kaan, Inc. of February 18, 2002 (IND INS 0998 – IND INS 1000);

29)　Kaan, Inc. Fax to Rubin, Brown & Gomstein of February 18, 2002 (IND INS 1001 – IND INS 1003);

30)　Edwin Claude, Inc. Letter of February 11, 2002 (IND INS 1004 – IND INS 1005);

31)　Letter to Kaan, Inc. of February 8, 2002 (IND INS 1007 – 1012);

A)　Edwin Claude, Inc. Letter of January 28, 2001 (IND INS 1016);

B)　Edwin Claude, Inc. Letter of January 23, 2002 (IND INS 1017 – IND INS 1018.1);

C)　Rubin, Brown, & Gornstein Letter to Edwin Claude, Inc. of January 24, 2002 (IND INS 1019 – IND INS 1020);

D)　Edwin Claude, Inc. Letter to Rubin, Brown & Gornstein of January 16, 2002 (IND INS 1021 – IND INS 1022);

E)　Newspaper Article (IND INS 1023 – IND INS 1024);

F)　Letter to Kaan, Inc. of January 24, 2002 (IND INS 1025 – IND INS 1028);

G)　Kaan, Inc. Letter of January 19, 2002 with Proof of Loss - Reporting Form Personal Property - Buildings #1 and #2 (IND INS 4838 – IND INS 5011);

H)　Letter to Kaan, Inc. of January 21, 2002 (IND INS 1029 – IND INS 1033);

I)　Edwin Claude, Inc. Letter of January 13, 2002 (IND INS 1034 – IND INS 1035);

J)　Rubin, Brown & Gornstein Letter to Edwin Claude, Inc. of January 11, 2002 (IND INS 1036 – IND INS 1044);

K)　Edwin Claude, Inc. Letter to Rubin, Brown & Gornstein of January 2, 2002 (IND INS 1045 – IND INS 1047);

L)　Attachment L contains privileged information;

M)　Letter to Kaan, Inc. of January 7, 2002 (IND INS 1051 – IND INS 1055);

N)　Edwin Claude, Inc. of December 24, 2001 (IND INS 1057);

O)　Letter to Kaan, Inc. of December 21, 2001 (IND INS 1059 – IND INS 1062);

P)　Edwin Claude, Inc. Letter of December 15, 2001 (IND INS 1064);

Q)　Attachment Q contains privileged information;

R)　City of Gillespie, Illinois Complaint Versus Kaan, Inc. and Indiana Insurance Company (IND INS 1115 – IND INS 1130);

S)     Rubin, Brown & Gornstein Letter to Kaan, Inc. of December 12, 2001 (IND INS 1076);

T)     Kaan, Inc. Letter to Rubin, Brown & Gornstein of December 1, 2001 (IND INS 1078);

U)     Letter to Kaan, Inc. of December 13, 2001 (IND INS 1080 – IND INS 1082);

V)     Edwin Claude, Inc. Letter of December 7, 2001 with Proof of Loss - Debris Removal, Building #1 and Building #2 (IND INS 4846 – IND INS 4853);

W)     Letter to Kaan, Inc. of November 30, 2001 (IND INS 1084 – IND INS 1086);

X)     Edwin Claude, Inc. Fax of November 29, 2001 (IND INS 1088);

Y)     Recorded Statement of Nancy Kites (IND INS 1090 – IND INS 1110);

Z)     Rubin, Brown & Gornstein Letter to Kaan, Inc of November 20, 2001 (IND INS 1112 – IND INS 1114);

I)     Attachment I contains privileged information;

II)    Letter to Kaan, Inc. of November 9, 2001 with Revised Building Estimate (IND INS 1666 – IND INS 1668; IND INS 1132 – IND INS 1154);

III)   Attachment III contains privileged information;

IV)    Underwriting Response to Coverage Inquiries (IND INS 1680 – IND INS 1695);

V)     Various Faxes To and From Edwin Claude, Inc. Regarding a Meeting of November 1, 2001 (IND INS 1697 – IND INS 1701);

VI)    Letter to Kaan, Inc. of October 23, 2001 (IND INS 1703 – IND INS 1705);

VII)   Edwin Claude, Inc. Letter of October 13, 2001 (IND INS 1707);

VIII)  Rubin, Brown & Gomstein Letter to Kaan, Inc. of October 17, 2001 (IND INS 1709 – IND INS 1710);3

IX)    Gary Knight Letters to Kaan, Inc. of October 12, 2001 (IND INS 1712 – IND INS 1715);

X)     Letter from Kaan, Inc. of October 8, 2001 (IND INS 1717 – IND INS 1719);

XI)    Letter to Kaan, Inc. of October 4, 2001 Rejecting the Proof of Loss (IND INS 1721 – IND INS 1724);

XII)   Letter from Edwin Claude, Inc. of September 18, 2001 with Proof of Loss - Buildings #1 and #2 and Debris Removal (IND INS 1726 – IND INS 1727);

XIII)  Letter to Kaan, Inc. of September 24, 2001 (IND INS 1729 – IND INS 1732 );

XIV)   Edwin Claude, Inc. Letter of September 5, 2001 (IND INS 1734);

XV)    Edwin Claude, Inc. Letter of September 14, 2001 (IND INS 1736);

XVI)   Edwin Claude, Inc. Letter of September 13, 2001 (IND INS 1738);

XVII)   Rubin, Brown & Gornstein Letter to Kaan, Inc. of November 18, 2001 (IND INS 1740 – IND INS 1742);

XVIII)  City of Gillespie, Illinois Complaint of November 6, 2001 Versus Kaan, Inc. et al (IND INS 1744 – IND INS 1760);

XIX)    Indiana Insurance Notes, Emails, Faxes and Memos (IND INS 1764 – IND INS 1891);

XX)     FTI/SEA Origin and Cause Report

97.     Fourth Report of Robert G. Hinton, Indiana Insurance (IND INS 1155 – IND INS 1170);

98.     Attachments to Fourth Report of Robert G. Hinton, Indiana Insurance:

A)      Statement of Loss At Actual Cash Value (IND INS 1172 – IND INS 1173);

B)      Check Reconciliation (IND INS 1175 – IND INS 1178);

C)      Building #1 Actual Cash Value Worksheet (IND INS 1180);

D)      Building #2 Actual Cash Value Worksheet (IND INS 1182);

E)      Clover Leaf Bank Settlement Calculations (IND INS 1184);

F)      Claim Settlement Summary (IND INS 1186 – IND INS 1187);

G)      Supporting Documents for Claim Settlement Summary (IND INS 1892 – IND INS 2235);

H)      Brown & James Coverage Analysis for Cloverleaf Bank and City of Gillespie (IND INS 1196 – IND INS 1207);

I)      Clover Leaf Bank - Various Documents J)      Kaan, Inc. vs. Indiana Insurance Company - Various Documents (IND INS 1288 – IND INS 1417);

K)      Kent Kites Examination Under Oath - Various Documents (IND INS 2237 – IND INS 2787);

L)      City of Gillespie, Illinois - Various Documents (IND INS 1431 – IND INS 1457);

M)      Master's Touch / Steve Rawlings – EUO and Various Documents (IND INS 2956 – IND INS 3118);

N)      Kaan, Inc. Bankruptcy - Various Documents (IND INS 2788 – IND INS 2955);

O)      IIC - Kent Kites / Edwin-Claude - Various Correspondence (IND INS 1458 – IND INS 1497);

P)      RBG Accountants - Kent Kites - Various Correspondence (IND INS 1498 – IND INS 1518);

Q)      SIU Investigation - Various Documents (IND INS 1519 – IND INS 1541);

R)      IIC - ATF - Various Correspondence (IND INS 1545 – IND INS 1562);

S)      Various Email Status Reports and Extensions of Authority (IND INS 1563 – IND INS 1567);

T)      Miscellaneous Notes and Memos (IND INS 1568 – IND INS 1655);

99.     Investigative Reports of Gary Knight;

100. Transcript of recorded statements of Steve Rawlings (IND INS 3616 – IND INS 3654);

101. Transcript of recorded statements of Kent Hites (IND INS 3664 – IND INS 3730);

102. Transcript of recorded statements of Nancy Hites (IND INS 3735 – IND INS 3755);

103. Transcript of recorded statements of Rick Roth (IND INS 3760 – IND INS 3781);

104. Transcript of recorded statements of Eric Bolton (IND INS 3785 – IND INS 3796);

105. Transcript of recorded statements of Gregory Roach (IND INS 3800 – IND INS 3811);

106. Transcript of recorded statements of Tammy Martin (IND INS 3816 – IND INS 3831);

107. Transcript of recorded statements of Mark Martin (IND INS 3839 – IND INS 3885);

108. Transcript of recorded statements of Joanne Kahl (IND INS 3890 – IND INS 3917);

109. Documents regarding Plaintiff's finances compiled and produced by Rubin, Brown & Gornstein (IND INS 3918 – IND INS 4097);

110. Records from Bank of America (IND INS 4107 – IND INS 4132);

111. Records from Taylorville Community Credit Union (IND INS 4136 – IND INS 4167);

112. Records from Hillsboro Banking Center for J&J Apartments #1 (IND INS 4170 – IND INS 4221);

113. Records from Hillsboro Banking Center for J&J Apartments #2 (IND INS 4225 – IND INS 4278.01);

114. Records from National City for Vision Quest (IND INS 4281 – IND INS 4306);

115. Records from National City for Illinois Counsel of the Blind (IND INS 4309 – IND INS 4322);

116. Records from Sears Gold Mastercard (IND INS 4325 – IND INS 4329);

117. Records from Chase Manhattan Bank (IND INS 4330 – IND INS 4336);

118. Records from Discover (IND INS 4337 – IND INS 4356);

119. Records from National Bank (IND INS 4359);

120. Records from Illinois Consolidated Telephone Company (IND INS 4364 – IND INS 4377);

121. Records from Advanta Business Cards (IND INS 4381 – IND INS 4408);

122. Records from Verizon Wireless (IND INS 4098 – IND INS 4467);

123. Documents regarding claims by City of Gillespie, Illinois and loan from City of Gillespie to Kaan, Inc. (IND INS 4623 – IND INS 4772);

124.   Documents regarding claims by Cloverleaf Bank, including payoffs, loan history, balance sheets, auditor's report by Pritchard Osborne, Proof of Loss, and mortgage (IND INS 4773 – IND INS 4837);

125.   Kaan, Inc. Proof of Loss – Unscheduled Personal Property (IND INS 5012 – IND INS 5195);

126.   City of Gillespie Proof of Loss (IND INS 5197 – IND INS 5259);

127.   Examination under Oath of Steve Rawlings, taken July 29, 2003 (IND INS 5261 – IND INS 5355);

128.   M.T. Custom Cabinets & Furniture, LLC 2000 U.S. Tax Return, Exhibit 1 to Examination under Oath of Steve Rawlings (IND INS 5356 – IND INS 5370);

129.   Masters Touch Proof of Loss, Exhibit 2 to Examination under Oath of Steve Rawlings (IND INS 5371 – IND INS 5373);

130.   Additional Masters Touch Proof of Loss, Exhibit 3 to Examination under Oath of Steve Rawlings (IND INS 5374 – IND INS 5377);

131.   Brown & James Document Request Letter, Exhibit 4 to Examination under Oath of Steve Rawlings (IND INS 5378 – IND INS 5381);

132.   Kaan, Inc. Bankruptcy Documents (IND INS 6900 – IND INS 7031);

133.   Recorded statement of Kent Hites, taken January 25, 2002 (IND INS 7032 – IND INS 7078);

134.   Indiana Insurance Claim File (IND INS 7079 – IND INS 7326);

135.   Various miscellaneous correspondence between Plaintiff and Defendant, and other non-privileged correspondence (IND INS 7327 to 7444);

136.   Cloverleaf Bank Mortgage (IND INS 7446 – IND INS 7455);

137.   M.T. Custom Cabinets & Furniture Account QuickReports (IND INS 7454 – IND INS 7455);

138.   Kaan, Inc. Account QuickReports (IND INS 7457 – IND INS 7475);

139.   Newspaper articles (IND INS 7477 – IND INS 7478);

140.   Letter from Kent Hites dated January 19, 2002 (IND INS 7479);

141.   Kent Hites handwritten notes (IND INS 7480 – IND INS 7483);

142.   Kaan, Inc. Balance Sheet as of September 30, 2000 (IND INS 7485);

143.   Judgment for The Bank and Trust Company against Duracraft Industries (IND INS 7487 – IND INS 7503);

144.   Time Sheets (IND INS 7505 -  IND INS 7507);

145.   Summons and Complaint by City of Gillespie vs. Kaan, Inc. et al. (IND INS 7508 – IND INS 7520);

146.   Master's Touch Proposals (IND INS 7523 – IND INS 7524);

147.   Carlinville National Bank Promissory Note (IND INS 7525);

148.   Master's Touch Proof of Loss (IND INS 7528 – IND INS 7553);

149.   Phone Records from Broadwing and Verizon Produced by Steve Rawlings (IND INS 7554 – IND INS 7565);

150.   Firstar Bank Records of Steve Rawlings (IND INS 7566 – IND INS 7614);

151.    Bank of Carlinville Records of Steve Rawlings (IND INS 7574 – IND INS 7624);

152.    Mercantile Bank of Illinois Records of Steve Rawlings (IND INS 7604 – IND INS 7605);

153.    Citizens Communications Phone Records Produced by Steve Rawlings (IND INS 7581 – IND INS 7590);

154.    Petition and Judgment for Divorce for Steven and Janet Rawlings (IND INS 7625 – IND INS 7627; IND INS 7526 – IND INS 7527);

155.    Letter from John Madden, City of Gillespie Attorney dated April 14, 2004 (IND INS 7628 – IND INS 7644);

156.    Letter from John Madden, City of Gillespie Attorney dated April 14, 2004 (IND INS 7645 – IND INS 7685);

157.    Financial Documents (IND INS 7686 – IND INS 8088);

158.    Kent Hites Phone Records (IND INS 8089 – IND INS 8134);

159.    Bank Statements for 7/13/1999 to 7/12/2001 (IND INS 8135 – IND INS 8158);

160.    Financial Documents and Accompanying Correspondence (IND INS 8837 – IND INS 10308).


/s/ John P. Cunningham
John P. Cunningham, #6193598
Brown & James, P.C.
Attorney for Defendant
Richland Plaza 1
525 W. Main Street, Suite 200
Belleville, Illinois 62220-1547
618-235-5590; 618-235-5591 (Fax)


## AFFIDAVIT OF SERVICE

I, the undersigned, on the 1st day of April, 2005, electronically filed this document with the United States District Court, Central District of Illinois which will send electronic notification to each of the following:

Mr. Gordon Gates
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL 62703

A copy of this document is available for viewing and downloading from the ECF system.

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

/s/ John P. Cunningham_____

7751602