

www.brownjames.com

John P. Cunningham
Direct: 618.355.5102
jcunningham@bjpc.com

Richland Plaza 1
525 West Main Street, Suite 200
Belleville, Illinois 62220-1547
Phone 618.235.5590
Fax 618.235.5591

January 13, 2005

**VIA FACSIMILE & U.S. MAIL**

Mr. Gordon Gates
Attorney at Law
1231 South Eighth Street
Springfield, Illinois 62703

  In re: Kaan, Inc. v. Indiana Insurance Company
     Cause No. 3:03-CV-03197
     Our File No.: 09239-29048

Dear Mr. Gates:

  We directed interrogatories to the plaintiff in May 2004.  The answers to those interrogatories are long overdue.  I ask that you provide the answers to interrogatories within the next seven (7) days in order to avoid court intervention on this matter.  Please consider this my good faith attempt to resolve this discovery dispute.

            Very truly yours,


            John P. Cunningham

JPC:des:sm/7720129


            **EXHIBIT 1**