E-FILED
Friday, 15 April, 2005   12:07:47 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KAAN, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 03-CV-3197 |
| INDIANA INSURANCE COMPANY, | ) |
| Defendants. | ) |

### PLAINTIFF'S RULE 26(a)(2) DISCLOSURES

*NOW COMES* the Plaintiff, KAAN, INC., by and through its attorneys, GATES, WISE & SCHLOSSER, P.C., and for its disclosures pursuant to FRCP 26(a)(2), states as follows:

1. Paul J. Abrams
   Edwuin-Claude, Inc.
   910 South Central Ave.
   St. Louis, MO 63105

Mr. Abrams is a public adjuster. He assisted in the preparation of a written report that has already been provided to Defendant. Mr. Abrams was disclosed by Defendant in Defendant's Rule 26(a)(1) disclosures as an individual likely to have information relevant to the case. It is likely that Mr. Abrams will be called to offer opinion testimony on behalf of the plaintiff regarding his reports and the contents contained therein.

Respectfully submitted,

KAAN, INC., Plaintiff

By: _____
Gordon W. Gates

EXHIBIT 1

Gordon W. Gates (#6192861)
***GATES, WISE & SCHLOSSER, P.C.***
1231 South Eighth Street
Springfield, IL 62703
(217) 522.9010

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KAAN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:03-CV-03197 |
| | ) |
| INDIANA INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

**PROOF OF SERVICE
PLAINTIFF'S RULE 26(a)(2) DISCLOSURES**

The undersigned hereby certifies that a copy of the Plaintiff's Rule 26(a)(2) Disclosures were served on each of the addresses hereinafter set forth by placing same in a sealed envelope and by *"depositing same in the U.S. Mail"*, postage fully prepaid, at Springfield, Illinois to the following this 26 day of February, 2004:

Mr. John Cunningham
Brown & James Law Firm
Lechien Building
120 West Main Street, 2nd Floor
Belleville, IL 62220

and the original filed with the Clerk of Court in which this cause is pending.

_Teresa A. Clancy_

Gordon W. Gates (#6192861)
*GATES, WISE & SCHLOSSER, P.C.*
Attorneys at Law
1231 South Eighth Street
Springfield, IL 62703
*Telephone: (217) 522.9010*
*Facsimile: (217) 522.9020*