**EDWIN-CLAUDE, INC.**
910 SOUTH CENTRAL AVE
ST. LOUIS, MO 63105



Robert Hinton
Indiana Ins. Co.
350 East 95th St.
Indianapolis, IN 46240
RE: Kaan, Inc.

April 12, 2002

Dear Robert,

    Attached please find a proof of loss, with supporting documentation, completed to the best of the insured's knowledge and belief at this time, for the unscheduled personal property. This proof and the supporting documentation was complied using information supplied by a combination of the insured, the insured's ex-employees and independent third parties, including, but not limited to experts provided by Indiana Ins. Co., and reflects the insured's opinion of his damages. Please feel free to verify any or all of the information contained within.

    The insured is reviewing the information provided to your accountant and perusing other financial documents and projections in an attempt to qualify and quantify the exact loss of business income experienced. Once he has developed a firm grasp on the true extent of his loss of business income, then and only then will the insured submit his proof of loss for that claim, with the necessary supporting documentation supporting his claim.

    We hereby once again request that you answer this proof of loss and the ones previously submitted, as they represent separate claims under separate coverages of the policy of insurance and your delay is placing an undue burden upon the insured.

    Please return to a good faith manner of dealing with this insured.

    Respectfully,


    Paul J. Abrams



fax  (314) 725-5088      tel  (314) 725-2277

IND INS 5013

# SWORN STATEMENT IN PROOF OF LOSS

**INDIANA INSURANCE**
Member Liberty Mutual Group

POLICY NUMBER: 9290830

COMPANY CLAIM NO.: 301046420

$ [blank]
AMOUNT OF POLICY AT TIME OF LOSS

Unscheduled Personal Property

Scheller Inj.
AGENCY AT

DATE ISSUED: 12/18/2000

Tom Franzen
AGENT

DATE EXPIRES: 12/18/2001

To the **Indiana Ins. Co.**
of **Indianapolis, Indiana**

At the time of loss, by the above indicated policy of insurance you insured **Kaan, Inc dba DuraCraft and New Life Cabinet Solutions**

against loss by **Fire + EC** to the property described under Schedule "A" according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A **Fire** loss occurred about the hour of **1:00** o'clock **A** M.,
   STATE KIND
   on the **9** day of **July**, **2001**. The cause and origin of the said loss were: **undetermined**

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: **Manufacturing + office**

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was **Owner**
   No other person or persons had any interest therein or incumbrance thereon, except: **Clover Bank, City of Gillespee**

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except: **NA**

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $ [blank] as more particularly specified in the apportionment attached under Schedule "C," besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. The Actual Cash Value of said property at the time of the loss was ................ $ [blank]
7. The Whole Loss and Damage was ................................................................ $ [blank]
8. Less Amount of Deductible ............................. (Claused against excludes) $ **NA**
9. The Amount Claimed under the above numbered policy is ........................... $ **875,304.59**

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights. **To the best of my knowledge + belief.**

State of **Illinois**
County of **Montgomery**

**C.K. Huter - PRESIDENT**
**KAAN, Inc.** _____ Insured

Subscribed and sworn to before me this **5** day of **April**, **2002**

**Mary L. Bone** Notary Public

"OFFICIAL SEAL"
Notary Public, State of Illinois
MARY L. BONE
My Commission Expires 11/02/04

M-873 (07/99)                    (over)                    IND INS 5014

## SCHEDULE "A" - POLICY FORM

Policy Form No._____ Dated _____
Item 1.   $ _____ on _____
Item 2.   $ _____ on _____
Item 3.   $ _____ on _____
Item 4.   $ _____ on _____
Situated _____
Coinsurance, Average, Distribution, or Deductible Clauses, if any _____
Loss, if any, payable to _____

## SCHEDULE "B"
## STATEMENT OF ACTUAL CASH VALUE AND LOSS AND DAMAGE

|  |  | ACTUAL CASH VALUE | LOSS AND DAMAGE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals |  |  |  |

## SCHEDULE "C" - APPORTIONMENT

| POLICY NO. | EXPIRES | NAME OF COMPANY | ITEM NO _____ | | ITEM NO _____ | |
|---|---|---|---|---|---|---|
|  |  |  | INSURES | PAYS | INSURES | PAYS |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Totals |  |  |  |  |  |  |

_____ Adjuster

IND INS 5015