**EDWIN-CLAUDE, INC.**
910 SOUTH CENTRAL AVE
ST. LOUIS, MO 63105



JUL 17 2002

Robert Hinton
Indiana Ins. Co.
350 East 96th St.
Indianapolis, IN 46240
Re: Kaan, Inc.

July 7, 2002

Dear Robert,

    Attached please find Proofs of Loss for separate and independent claims for Extra Expense, Uncollectible Debts and Loss of Income, respectively, along with a copy of all previously submitted separate and independent claims with corresponding Proofs of Loss. You will notice that although we have submitted a Proof of Loss for Loss of Income, it is marked "Undetermined". This is the insured's best knowledge and belief at this time, as the insured has not been able to determine if or how much of a loss of income he has suffered and whether or not he wants to file a claim. (Primarily due to the lack of an agreement on the period of restoration.) Since the insured has not been able to determine the extent of his loss of business income, to expedite the process, he is willing to waive all claims for loss of business income if all other claims are paid on or before July 31, 2002. He therefore requests an extension until August 15, 2002 to file any claims for Loss of Business Income. This will allow you the opportunity to pay all of his other claims and make such a filing moot or give him additional time to possibly determine the full extent of his loss of business income.

    You stated in your last letter that, you will not consider any claims filed after July 8, 2002. The insured feels that this is is not fair or reasonable and that a further extension will in no way prejudice the insurance company and any investigation it is legally entitled to undertake.

    Please process all separate and independent claims submitted to date

    Respectfully,

Paul J. Abrams

**EXHIBIT 3**

fax  (314) 725-5088        tel  (314) 725-2277
IND INS 4839

# SWORN STATEMENT IN PROOF OF LOSS

**INDIANA INSURANCE**
Member Liberty Mutual Group

POLICY NUMBER: 9290830

$ 180,000.00
AMOUNT OF POLICY AT TIME OF LOSS

DATE ISSUED: 12/18/2000

DATE EXPIRES: 12/18/2001

Building Debris Removal Bldg #1+2

COMPANY CLAIM NO.: 301046420

AGENCY AT: Scheller Ins.

AGENT: Tim Franze

To the _Indiana Ins. Co._
of _Indianapolis, Indiana_

At the time of loss, by the above indicated policy of insurance you insured _Kean, Inc. dba Dura Craft and NewLife Cabinet Solutions_

against loss by _Fire + EC_ to the property described under Schedule "A" according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A _Fire_ STATE KIND loss occurred about the hour of _11:00_ o'clock _A_ M., on the _9_ day of _July_, _2001_. The cause and origin of the said loss were: _undetermined_

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: _Manufacturing + office_

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was _owner_. No other person or persons had any interest therein or incumbrance thereon, except: _Cloverleaf Bank, City of Gillespie_

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described; except: _NA_

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $ _180,000.00_ as more particularly specified in the apportionment attached under Schedule "C," besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. The Actual Cash Value of said property at the time of the loss was ................... $
7. The Whole Loss and Damage was ........................................................... $ _74,171.50_
8. Less Amount of Deductible .................................................. _Assessed against excess loss_ $ _NA_
9. The Amount Claimed under the above numbered policy is ........................... $

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of _Illinois_
County of _Montgomery_
Subscribed and sworn to before me this _16th_ day of _Nov_, _2001_

_Scott W. Niehaus_, Notary Public

_KAAJ Inc, D/G Whites, President_ Insured

M-873 (07/99)

**OFFICIAL SEAL**
**SCOTT W. NIEHAUS**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-5-2005

(over)

IND INS 4840

## SCHEDULE "A" - POLICY FORM

Policy Form No. _____ Dated _____
Item 1. $ _____ on _____
Item 2. $ _____ on _____
Item 3. $ _____ on _____
Item 4. $ _____ on _____
Situated _____
Coinsurance, Average, Distribution, or Deductible Clauses, if any _____
Loss, if any, payable to _____

## SCHEDULE "B"
## STATEMENT OF ACTUAL CASH VALUE AND LOSS AND DAMAGE

| | | ACTUAL CASH VALUE | LOSS AND DAMAGE |
|---|---|---|---|
| Bldg #1 | | | 51,523 50 |
| Bldg #2 | | | 23,648 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Totals | | | 74,171 50 |

## SCHEDULE "C" - APPORTIONMENT

| POLICY NO. | EXPIRES | NAME OF COMPANY | ITEM NO _____ | | ITEM NO _____ | |
|---|---|---|---|---|---|---|
| | | | INSURES | PAYS | INSURES | PAYS |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals | | | | | | |

_____ Adjuster

IND INS 4841

# SWORN STATEMENT IN PROOF OF LOSS

**INDIANA INSURANCE**
Member Liberty Mutual Group

POLICY NUMBER: 9290830

AMOUNT OF POLICY AT TIME OF LOSS: $130,000.00 *    Bldg #2

DATE ISSUED: 12/18/2000

DATE EXPIRES: 12/18/2001

COMPANY CLAIM NO.: 301046420

AGENCY AT: Scheller Ins.

AGENT: Tom Franzen

To the _Indiana Ins. Co._ of _Indianapolis, Indiana_

At the time of loss, by the above indicated policy of insurance you insured _Koar, Inc dba Durrcraft and NewLife Cabinet Solutions_ against loss by _Fire + EC_ to the property described under Schedule "A" according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A _Fire_ **STATE KIND** loss occurred about the hour of _1:00_ o'clock _A_ M., on the _9_ day of _July_, _2001_. The cause and origin of the said loss were: _undetermined_

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: _Manufacturing + office_

3. **Title and Interest:** At the time of the loss the interest of your Insured in the property described therein was _owner_. No other person or persons had any interest therein or incumbrance thereon, except: _Cloverleaf Bank, City of Gillespie_

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except: _No_

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $_130,000.00 *_ as more particularly specified in the apportionment attached under Schedule "C" besides which there was no policy or other contract of insurance, written or oral, valid or invalid. *Plus Debris Removal

** 6. The Actual Cash Value of said property at the time of the loss was _in excess of_ $ 130,000.00
** 7. The Whole Loss and Damage was _(Assessed against actual loss)_ $ 252,323.23
8. Less Amount of Deductible $ NA
** Based on estimate prepared by Monarch Certified Restoration
9. The Amount Claimed under the above numbered policy is _(excluding Debris)_ $ 130,000.00

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your Insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of _Illinois_
County of _Montgomery_
Subscribed and sworn to before me this _16th_ day of _Nov._, _2001_

_[signature]_ Notary Public

_Koar, Inc. By G. Kirkham, President_ Insured

M-873 (07/99)

(over)

OFFICIAL SEAL
SCOTT W. NIEHAUS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-5-2004

IND INS 4842

## SCHEDULE "A" - POLICY FORM

Policy Form No. _____ Dated _____
Item 1.  $ _____ on _____
Item 2.  $ _____ on _____
Item 3.  $ _____ on _____
Item 4.  $ _____ on _____
Situated _____
Coinsurance, Average, Distribution, or Deductible Clauses, if any _____
Loss, if any, payable to _____

## SCHEDULE "B"
## STATEMENT OF ACTUAL CASH VALUE AND LOSS AND DAMAGE

|  |  | ACTUAL CASH VALUE | LOSS AND DAMAGE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals |  |  |  |

## SCHEDULE "C" - APPORTIONMENT

| POLICY NO. | EXPIRES | NAME OF COMPANY | ITEM NO _____ | | ITEM NO _____ | |
|---|---|---|---|---|---|---|
| | | | INSURES | PAYS | INSURES | PAYS |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Totals |  |  |  |  |  |  |

_____ Adjuster

IND INS 4843



# SWORN STATEMENT IN PROOF OF LOSS

**INDIANA INSURANCE**
Member Liberty Mutual Group

POLICY NUMBER: 9290830   Bldg #1
COMPANY CLAIM NO.: 301046420
$ 590,000.00 *
AMOUNT OF POLICY AT TIME OF LOSS
AGENCY AT: Scheller Ins.
DATE ISSUED: 12/12/2000
AGENT: Tim Franzen
DATE EXPIRES: 12/12/2001

To the __Indiana Ins. Co.__
of __Indianapolis, Indiana__
At the time of loss, by the above indicated policy of insurance you insured __Khan, Inc dba Duracraft and NewLife CabinetSolutions__
against loss by __Fire & EC__ to the property described under Schedule "A" according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. **Time and Origin:** A __Fire__ loss occurred about the hour of __1:00__ o'clock __A__ M., on the __9__ day of __July__, __2001__. The cause and origin of the said loss were: __undetermined__

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: __Manufacturing + office__

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was __owner__. No other person or persons had any interest therein or incumbrance thereon, except: __Cloverleaf Bank, City of Gillespie__

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except: __NA__

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $ __590,000 *__ as more particularly specified in the apportionment attached under Schedule "C," besides which there was no policy or other contract of insurance, written or oral, valid or invalid. * Plus Debris Removal

++ 6. The Actual Cash Value of said property at the time of the loss was __in excess of__ ............ $ __590,000.00__
++ 7. The Whole Loss and Damage was ................................................................. $ __1,092,725.59__
    8. Less Amount of Deductible ......................................................................... $ __NA__
** Based on estimate prepared by Monarch Certified Restoration
9. The Amount Claimed under the above numbered policy is __(excluding Debris)__ ............ $ __590,000.00__

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of __Illinois__
County of __Montgomery__
Khan, Inc. by S. Kividas Pres ———— Insured
Subscribed and sworn to before me this __16th__ day of __Nov.__, __2001__
_____ Notary Public

M-873 (07/99)

**OFFICIAL SEAL
SCOTT W. NIEHAUS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-5-2004**

(over)

IND INS 4844

## SCHEDULE "A" - POLICY FORM

Policy Form No._____ Dated _____
Item 1.  $ _____ on _____
Item 2.  $ _____ on _____
Item 3.  $ _____ on _____
Item 4.  $ _____ on _____
Situated _____
Coinsurance, Average, Distribution, or Deductible Clauses, if any _____
Loss, if any, payable to _____

## SCHEDULE "B"
### STATEMENT OF ACTUAL CASH VALUE AND LOSS AND DAMAGE

|  |  | ACTUAL CASH VALUE | LOSS AND DAMAGE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals |  |  |  |

## SCHEDULE "C" - APPORTIONMENT

| POLICY NO. | EXPIRES | NAME OF COMPANY | ITEM NO _____ | | ITEM NO _____ | |
|---|---|---|---|---|---|---|
|  |  |  | INSURES | PAYS | INSURES | PAYS |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Totals |  |  |  |  |  |  |

_____ Adjuster

IND INS 4845