E-FILED
Tuesday, 09 August, 2005  01:27:17 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KAAN, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No.: 3:03-CV-03197 |
| INDIANA INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the plaintiff Kaan, Inc., and the defendant Indiana Insurance Company that plaintiff's Complaint against defendant shall be dismissed with prejudice, with each party to pay their own costs.

/s/ John P. Cunningham
John P. Cunningham, #6193598
Brown & James, P.C.
Attorney for Defendant
Richland Plaza 1
525 W. Main Street, Suite 200
Belleville, Illinois 62220-1547
618-235-5590; 618-235-5591 (Fax)


/s/ Gordon Gates (w/consent)
Gordon Gates, #
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL 62703
217-522-9010; 217-522-9020 (fax)