E-FILED
Tuesday, 09 August, 2005 01:27:33 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KAAN, INC., | ) |
|     Plaintiff, | ) |
| v. | ) Cause No.: 3:03-CV-03197 |
| INDIANA INSURANCE COMPANY, | ) |
|     Defendant. | ) |

### O R D E R

This cause coming before the Court on the properly executed Stipulation for Dismissal and the Court being fully advised in the premises;

It is hereby ordered that plaintiff's Complaint against defendant Indiana Insurance Company is dismissed in its entirety with prejudice, with each party to bear its own costs.

_____
JUDGE

DATE:_____